# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2011

142697

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DAVID FORYSTEK,
      Plaintiff,

v

CLIO AREA SCHOOLS BOARD OF
EDUCATION and EILEEN KERR,
      Defendants-Appellees,
and

LARRY EMMERLING and REBECCA
FREIFELD,
      Defendants,
and

JULIE KEYES and DIANE REED,
      Defendants-Appellants.

SC: 142697
COA: 293028
Genesee CC: 06-083682-CZ

_____/

On order of the Court, the application for leave to appeal the January 20, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2011

Clerk

t0516